Case 7:21-cr-01523 Document 24 Filed on 07/27/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
FILED

JUL 27 2021

Nathan Ochsner, Clerk

91

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-21-1523 |
| EDUARDO JAVIER GOMEZ ▮▮▮▮▮▮▮▮▮▮ | § § § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about June 24, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**EDUARDO JAVIER GOMEZ**
**and**
▮▮▮▮▮▮▮▮▮▮▮▮

did knowingly provide and obtain the labor and services of Luz Marisela Fernandez Juarez by means of force, threats of force, and physical restraint, by means of a scheme, plan, and pattern intended to cause Luz Marisela Fernandez Juarez to believe that, if she did not perform such labor and services, that she would suffer serious harm or physical restraint, including kidnapping.

In violation of Title 18, United States Code, Sections 1589(a) and 2.

### Count Two

On or about June 24, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EDUARDO JAVIER GOMEZ**

did knowingly provide and obtain the labor and services of Juan Carlos Antonio Zamora by means of force, threats of force, and physical restraint, by means of a scheme, plan, and pattern

intended to cause Juan Carlos Antonio Zamora to believe that, if he did not perform such labor and services, that he would suffer serious harm or physical restraint, including kidnapping.

In violation of Title 18, United States Code, Section 1589(a).

### Count Three

On or about June 24, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EDUARDO JAVIER GOMEZ**

did knowingly provide and obtain the labor and services of Roger Zamora Juarez by means of force, threats of force, and physical restraint, by means of a scheme, plan, and pattern intended to cause Roger Zamora Juarez to believe that, if he did not perform such labor and services, that he would suffer serious harm or physical restraint, including kidnapping.

In violation of Title 18, United States Code, Section 1589(a).

A TRUE BILL

FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY